160 A.3d 711

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
MANUEL MERCADO, DEFENDANT-PETITIONER.

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004271–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

160 A.3d 711

STATE OF NEW JERSEY IN THE INTEREST OF
J.A., A JUVENILE. (J.A.–PETITIONER)

February 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001624–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted; and it is further

ORDERED that the appellant may serve and file a supplemental brief on or before April 14, 2017, and respondent may serve and file a supplemental brief forty-five (45) days after the filing of appellant's supplemental submission, or, if appellant declines to file such a submission, on or before May 30, 2017.